IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERYL L. BURCH, et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 19-cv-4343 |
| | : | |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY,** | : | |
| | : | |
| Defendant. | : | |

## O R D E R

AND NOW, this ___24TH___ day of April, 2020, IT IS HEREBY ORDERED that the SETTLEMENT CONFERENCE in the above-captioned case will now be conducted by **TELEPHONE** on **Tuesday, May 12, 2020, at 10:00 A.M.** The conference call is to be set up by Counsel for the Defendant. Counsel for Defendant should supply Court and Plaintiff's counsel with dial-in information, or other needed information, by 4 p.m. on Monday, May 11, 2020.

- Please notify the Court if settlement is not a real possibility.

- Please complete the attached settlement conference form and email it to Chambers at Chambers_sitarski@paed.uscourts.gov on or before **May 5, 2020.** As indicated on the attached form, counsel shall include a synopsis of the case with a discussion of the relevant facts, as well as a brief summary of the legal issues affecting the party's settlement position. The Court anticipates that in most cases, the parties' case summaries will not exceed five (5) pages. The case synopsis should include a candid discussion of the submitting party's strengths and weaknesses in the case.

- Counsel are also encouraged to submit a small number of documents that counsel considers **critical to** their client's claims or defenses (by way of example only: the contract at issue, or excerpts therefrom; selected portions of critical medical records; police reports; the "smoking gun" email). Counsel shall not submit more than 20 pages of documents without prior Court approval.

- These submissions are **confidential** and shall be submitted to the Court only.

**Failure to comply with this Order may result in the imposition of sanctions.**

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:
Jay Lawrence Fulmer, Esquire
Scott J. Tredwell, Esquire
Glen Shikunov, Esquire
Peter R. Kulp, Esquire

**CONFIDENTIAL SETTLEMENT CONFERENCE SUMMARY**

Caption: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY
                                                                                                                                          (Circle One)

      TRIAL POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

      Name: _____
      Address: _____
      Phone: _____
      Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

      Name of Individual with Full and Complete Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS / DEMANDS:

_____

**ATTACH SYNOPSIS OF CASE (UP TO FIVE [5] PAGES)**